*Andrew S. Garr, adm'r, &c., v. Michael G. Bright, John J. Palmer et al.* W. C. Noyes, for appellant. Order of the vice-chancellor of the first circuit refusing an application for leave to amend bill, modified so as to permit amendments in the manner specified. Proceedings remitted.

*Henry Fisher v. Eliphalet Hall et al.* A. C. Hand, for complainant; G. A. Simmons, for defendants. Motion to dissolve injunction denied, with $10 costs; but without prejudice to right of defendants to renew it on the perfecting of their answers.

*Eliphalet Hall v. Henry Fisher et al.* G. A. Simmons, for complainant; A. C. Hand, for defendants. Motion to dissolve injunction granted; but without prejudice to right of complainant to apply to renew injunction upon amended bill.

*Elizabeth Rapelye, by her next friend v. Charles Hoyt et al.* S. F. Clarkson, for appellant; H. F. Clark, for respondent. Order appealed from affirmed, with costs, to be paid by the next friend of appellant.